IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 23-CR-80211 MARRA

v.

ROBERT LEON SMITH III
    Defendant.
_____/

**NOTICE OF APPEARANCE OF COUNSEL FOR SENTENCING PURPOSES ONLY**

    I, Edward D. Reagan, enter my appearance as Counsel for Defendant, ROBERT LEON SMITH III, in this cause. My representation in this matter is solely for Sentencing proceedings, and does not include any representation for any appellate matters.

DATED; 16TH day of April 2025 .   /s/:*Edward D. Reagan Esq.*
                                                  *Signature of Attorney*

                                            Edward D. Reagan, P.A.
                                                  *Attorney Name*

                                            0028215
                                                *Florida Bar Number*

                                            Edward D. Reagan, P.A.
                                            658 W. Indiantown Road.-Suite 209
                                            Jupiter, FL 33458
                                                  *Address*
                                            561-832-7443
                                                  *Telephone No.*