IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 23-CR-80211 MARRA

v.

ROBERT LEON SMITH III
    Defendant.
_____/

### MOTION TO WITHDRAW AS COUNSEL WITH CONSENT

COMES NOW the undersigned counsel, Edward D Reagan, Esq., with the consent of the Defendant, Robert Leon Smith, III and files this Motion to Withdraw. In support of said Motion, the undersigned would state:

1. On February 14, 2025, undersigned counsel was appointed as standby counsel under the CJA Act. (DE#238) (DE#298).

2. A jury trial commenced on March 25,2025, and continued until March 27, 2025 at which time the Defendant entered into a plea agreement with the government.

3. A sentencing hearing has been set for June 25, 2025 at 10:30 a.m. before the Honorable Kenneth A. Marra, United States District Court Judge. (DE#338).

4. On April 16, 2025, undersigned counsel filed his Notice of Appearance Of Counsel For Sentencing Purposes Only. ( DE#344).

5. On Monday April 21, 2025, undersigned counsel was cc'd on a email sent to the Defendant from Irene Rivera Ferrante, Courtroom Deputy to Honorable Kenneth A. Marra, United States District Court Judge, which forwarded an email that the Defendant had sent directly to Ms. Ferrante on April 17, 2025.  In the Defendant's email to Ms. Ferrante, he  requested many documents from the court requesting identification numbers related to any securities and financial instruments tied to this case amongst other documents.

6. Undersigned counsel was unaware that this email was sent by the Defendant to Ms. Ferrante.

7. On April 22, 2025, undersigned counsel had a phone conversation with the Defendant regarding the email sent to Ms. Ferrante and her response that he is represented by counsel and all of your requests should be made through counsel.

8. Based on the April 17, 2025, email to Ms. Ferrante and the phone conversation by the undersigned counsel and the Defendant, I am unable to fulfill my ethical duty to represent the Defendant in his sentencing hearing.

9. Undersigned Counsel and the Defendant have irreconcilable differences.

10. Undersigned Counsel has discussed his Motion to Withdraw as Counsel with the consent of the Defendant and his signature below verifies his agreement and his choice to represent himself pro se.

11. Undersigned Counsel has conferred with AUSA, Michael McCarthy, who take no position on the Motion

Wherefore, undersigned counsel respectfully requests that this Court enter an Order granting said Motion to Withdraw as Counsel of Record for the reasons noted above.

_____
Robert Leon Smith, III

DATED; 24TH day of April 2025 .

/s/:Edward D. Reagan Esq.
Edward D. Reagan, P.A.
Fla. Bar#0028215
Florida Bar Number
Edward D. Reagan, P.A.
658 W. Indiantown Road.-Suite 209
Jupiter, FL 33458
561-832-7443