UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  23-80211-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT LEON SMITH, III,

    Defendant.
_____/

## ORDER REQUIRING A HEARING ON DEFENSE COUNSEL'S MOTION TO WITHDRAW

THIS CAUSE is before the Court upon Defense Counsel's Motion to Withdraw as Counsel with Consent **[DE 345].**  This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

Defendant has represented himself throughout most of this proceeding.  A *Faretta*[1] hearing was held on May 15, 2024, by Magistrate Judge McCabe, after which the Court found Defendant was capable of exercising his constitutional right to represent himself. [DE 54 and DE 88].  In order to assist Defendant during the trial in this case, the Court appointed Attorney Edward D. Reagan as standby counsel. [DE 298]. On the fourth day of trial, Defendant changed his plea to guilty pursuant to a Plea Agreement with the United States. [DE 336 and DE 337]. After Defendant's change of plea, Mr. Reagan entered an appearance on behalf of Defendant for sentencing. [DE 344].  Shortly thereafter, Mr. Reagan filed a motion to withdraw as counsel

---

[1] *See Faretta v. California,* 422 U.S. 806 (1975).

which was signed by Defendant, indicating his agreement to have Mr. Reagan withdraw. [DE 345].

Since Defendant has gone from a *pro se* status to a represented status, the Court believes that another *Faretta* hearing is necessary before the Court can allow Defendant to represent himself *pro se* again. Therefore, the Court will conduct a hearing on Mr. Reagan's motion to withdraw, at which the Court will require Defendant to indicate if he intends to be represented by counsel or if he intends to once again represent himself *pro se*. If Defendant indicates a desire to once again proceed *pro se*, the Court will conduct another *Faretta* inquiry.

In the interim, Defendant should cease sending email correspondence requesting documents or forms of relief to the Court's Courtroom Deputy. Any requests by Defendant for documentation or relief from the Court must be filed with the Clerk of Court on the public record. The hearing on Mr. Reagan's motion to withdraw will be set by separate order. DEFENDANT MUST APPEAR IN PERSON FOR THAT HEARING.

DONE AND ORDERED in West Palm Beach, Florida this 25th day of April, 2025.

KENNETH A. MARRA
United States District Judge

Copies provided to:

All counsel